## No. 760
## CO-OP. MACHINERY CO. v. PARKER APPLIANCE CO.

Ohio Appeals, 8th District, Cuyahoga County
No. 4842. Decided Sept. 17, 1923

This opinion has not been published except in Abstract.

**327. SALES.**

Inapplicability of 8570 GC. as to conditional sales, to facts of this case—Relates only to repossessing chattels sold under contract.

SULLIVAN, J.

Epitomized Opinion

The Co-operative Machinery Company brought an action of foreclosure to foreclose its equity in a chattel, asserting that it had an equitable lien therein, and did not sue for judgment on the notes given at the time of the execution of the conditional contract. The contract in question was a conditional conract for the purchase of chattels wherein 8570 GC. was waived. The Court of Common Pleas held that the action would not lie, whereupon the plaintiff prosecuted an appeal to the Court of Appeals. In decreeing for the plaintiff, the Court of Appeals held:

1. GC. 8570 in no way applies to any lawful procedure for the recovery of rights under a conditional sales contract, excepting such procedure as relates to the re-taking or re-possession of chattels sold under a contract, for the words of the statute narrow its legal effect to that definite status.

Attorneys—Landfear, Baskin & Fleharty, for Co-operative Machinery Co.; Lamb, Vaughan & Lamb, for Parker Appliance Co.

## WADE ELLIS TALKS

### Of Legal Clinics for the Poor, and the Lawyer's Duty to the Public

In a recent interesting address before the Cleveland Bar Association, Wade H. Ellis,, well known to the Bar of Ohio, advocated the establishment of legal clinics in every community, to counteract the impression that "justice is too expensive for the poor," believing as he said, that "This wou'd enormously increase general respect for the law."

The subject of his address was "The Lawyer's Duty to the Public." He recently returned from a study of criminal procedure in France. He further said:

Thousands of people think of the courts only as struments that will catch them if they don't look out; never as instruments that will protect them if they look in.

"If the average citizen could be made to think of the law as a friend and not an enemy—a shield and not a sword—there will be a wider respect for law, and enforcement will be easier."

Free legal advice by members of the bar, Ellis pointed out, "involved no sentiment whatever; it is simply a practical means of promoting better government.

"People would understand that the administration of justice is a public concern, and the poor who are in trouble, feel that they are invoking, within their rights, a sort of official intervention to adjust their grievances.

"The courts should belong to the people, and justice be free."

"Crimes of violence in this country have increased by leaps and bounds in the last 20 years," he said. "Chicago, with a popuplation of 2,000,000, has more murders annually than all England and Wales, with 38,000,000.

"Cleveland has more murders, and four times as many burglaries, as all France. During the last 10 years, 85,000 Americans have met death by homicide or manslaughter—nearly twice as many as the total of all American soldiers killed in the World War."

"Ellis suggested as remedies, closer co-operation between officials and federal aid in apprehending criminals; suppression of firearms; registration of a'l aliens; establishment of arbitral courts for civil cases to relieve congestion of criminal courts; discarding the indictment in cases involving an individual; public defenders; and a uniform code of criminal laws.

## FINGER PRINTS AS EVIDENCE

Having proved the inaccuracy of finger prints as a means of identification, Milton Carlson, the Los Angeles handwriting and finger print expert, has just returned from a 3500-mile trip to Veldez, Alaska, where he was called to testify as a witness in the trial of a young man on the charge of burglary. Carlson by his testimony on the worthlessness of finger print evidence was able to secure an acquital for the youth.

How a cut hand nearly sent an innocent man to prison reads like a novel.

A store in Valdez was broken open and some money stolen. On the side of the glass still left in the window broken to gain admission were two finger prints. There was also some blood.

Several days later Virgil Rich, son of a barber in a neighboring town, was accused of passing a silver dollar covered with blood. As silver dollars were among the articles stolen from the store till, Rich was arrested charged with the robbery. Rich's parents claimed he was at home in bed the night of the alleged robbery.

The case was called before Unitel States District Judge Ritchie and was prosecuted by United States District Attorney Duggan.

The prosecution introduced handwriting experts, who testified that in finger prints any six points of similarity between prints were enough for conviction and cited several instances.

Carlson, who had been summoned by the defense, was able to introduce a finger print from the book of Sir E. R. Henry, head of Scotland Yard, London, authority of finger print classification, and father of the present method of finger print classification, and showed the court that there were 14 points of similarity between the finger prints in the book taken from a known person in London several years ago and the finger prints found on the glass.

Having no other evidence against Rich except the identification of finger prints, the government case fell to the ground. The jury returned a verdict of not guilty after being out less than an hour.

According to Carlson, the methods of identification and classification of finger prints are entirely too lax for general use and that 60 per cent of the finger prints of the people of the world have similar points of identification, and that unless some distinctive and unusual mark is recorded the finger print outside of general identification is of little value.—Los Angeles Times.